RECEIVED
JAN 1 8 2017
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

SAINT LOUIS DIVISION

Rayfield J. Thibeaux

Plaintiff                                             Case No. _____

V.

Terry M. Stradtman, Regional Commissioner, Social Security Administration;

Rebekah E. Gee, Louisiana Department of Health and Hospitals; and

Burl Cain, Louisiana Department of Corrections at Dixon Correctional Institute

Defendants.

Address of Plaintiff: 4579 Laclede Avenue, Saint Louis MO, 63108
Box # 184

Address of the Commisioner: 8645 West Chester Pike, Upper darby, PA 19082;

Address of the Louisiana Secretary Of Health: 628 North 4th Street, Baton Rouge, LA 70802;

Address of the Warden: 5568 Highway 88, Jackson,LA 70748.

## JURISDICTION OF THE COURT

This complaint arises out of the violation of my Fourth and Eight Amendment rights to the United States Constitution and Title 42 U.S.C. 1983.

## COMPLAINT

I filed for social security disability in 2010 based on the fact that I have an electronic sensor implanted in the left cheek of my rectum. The invention is a modified version of the Telemedicine instrumentation pack (see appendix B).That invention was first and constructed to monitor astronauts health in space. The invention was then modified to pick up the frequency of the body,being between 20Hz to 1,500 Hz, by using milled lead crystal glass and fiber optics. The fiber optics is covered with the milled glass and fashioned into a spring, as seen in appendix's C, and coated with a fiber armored coating ,which makes it a sensor cable.

The social Security Administration disregarded my true disability and gave me the disability of a schizophrenic, see appendix A page 3 .

Warden Burl Cain illegally allowed doctors and/or medics from the Eastern Louisiana Mental Health Systems to enter the prison grounds

unnoticed and implanted the device into my rectum. The hospital is located two miles from the prison. The code to access the instrumentation was given to the prison guards ,then to the public,and for this I suffer.see Appendix E & F

The Louisiana Department of Health and Hospitals is aware of this crime ,but will not do anything to stop it.see the provision on forensic services Appendix D.

The Social Security Administration has firsthand knowledge of this matter but shows deliberate indifferent .see appendix A.

A complaint was filed in the United States District Court for the District of Columbia; Thibeaux V. Social Security Administration;12-CV-1588. See appendix A.

Money damages:

The plaintiff claims both or either actual and punitive damages.

Plaintiff maintain that the wrongs alleged in the complaint are continuing to accur at this present time.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of January 2017.

*Rayfield J. Thibeaux*

Rayfield J. Thibeaux